# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2826
LT Case No. 05-2018-CF-033203-A

_____

JAMES DELOSA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

James Delosa, Trenton, pro se.

No Appearance for Appellee.

April 16, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––